**Opinion issued May 19, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00406-CV

————————————

## IN RE CITY OF BAYTOWN, SCOTT WILLIAMS, AND RON BOTTOMS, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, City of Baytown, Scott Williams, and Ron Bottoms, have filed a petition for writ of mandamus, challenging the trial court's May 16, 2016 "Order Granting Plaintiff's Motion to Compel Deposition Appearance," and an emergency motion for stay of "Notices of Intention to Take Oral Deposition."*

---

\* The underlying case is *APTBP, LLC d/b/a Bay Pointe Apartments v. The City of Baytown, Scott Williams, Chief Building Official, and Ron Bottoms, Acting City*

We **deny** the petition for writ of mandamus.  *See* TEX. R. APP. P. 52.7(a) & 52.8(a).  Accordingly, relators' emergency motion for stay is dismissed as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Massengale.

---

*Manager*, cause number 2015-30625, pending in the 189th Judicial District Court of Harris County, Texas, the Honorable Bill Burke presiding.